```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

MCKESSON GLOBAL SOURCING
LIMITED, an active foreign
private limited company,

       Plaintiff,

v.                          Case No:  2:21-cv-782-JES-NPM

M.C. JOHNSON CO., INC., a
Florida profit corporation,
dba PRIVATE LABEL MEDICAL,
and aka M.C. JOHNSON COMPANY,
INC.,

       Defendant/Third-
       Party Plaintiff,

v.

MCKESSON MEDICAL-SURGICAL,
INC.,

       Third-Party
       Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff McKesson Global Sourcing Limited's (McKesson) Motion to Strike M.C. Johnson's (MCJ) Amended Answer to Second Amended Complaint (Doc. #69) filed on June 6, 2022. McKesson moves to strike M.C. Johnson's Affirmative Defense 8 (setoff) because MCJ failed to allege any debt owed by McKesson to MCJ. Wiand v. Meeker, 572 F. App'x 689, 691 (11th Cir. 2014) ("Setoff is the right that exists between two parties to pay off their respective debts by way of mutual deduction. Setoff is permitted

only where there is mutuality of claims between the parties.") (citations omitted). McKesson also moves to strike MCJ's prayer for attorney fees because MCJ does not cite to a statutory or contractual basis for attorney fees. E.g., Reed v. Walt Disney Parks, No. 620CV1346ORL40DCI, 2020 WL 10457843, at *2 (M.D. Fla. Nov. 9, 2020) (collecting cases where demands for attorney fees were stricken for failure "to articulate a statutory or contractual basis for attorney fees). Notably, MCJ failed to respond to McKesson's arguments and the time for doing so has expired. See Local Rule 3.01(c) ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

Accordingly it is now

**ORDERED:**

1. Plaintiff's Motion to Strike (Doc. #69) is **GRANTED**.
2. Defendant's Affirmative Defense 8 (Doc. #66, p. 16) is **STRICKEN**.
3. Defendant's prayer for attorney fees in the Amended Answer (Doc. #66, p. 17) is **STRICKEN**.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of July, 2022.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record